47 A.3d 1177

COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas E. WHITAKER, Petitioner.

No. 54 EM 2012.

Supreme Court of Pennsylvania.

July 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of July, 2012, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* and Application for Appointment of Counsel are **DENIED.**